# DIVIDENDS REMITTED TO THE COURT

Case Number 10-13500 - LEE, LAWRENCE JOHN

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| **Cinnamon Lake Association Inc**<br>1443 Laurel Drive<br>West Salem, OH 44287<br>   ACCOUNT NO. 3068 | 000002A | 12.04 | 1.05 |
| ---------- Remittance Total --------------- | | 12.04 | 1.05 |

*CK #101* (handwritten)

_____
MARVIN A. SICHERMAN, Trustee

FILED 10 NOV -8 PH 2:27